UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVOOD KHADEMI, | No. 2:21-cv-1498 KJM DB P |
| Plaintiff, | |
| v. | ORDER |
| S. PLACER CO. JAIL, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983.  In an order filed April 27, 2022, this court found service of plaintiff's first amended complaint appropriate on defendants Waskowiak and Carelton.  The court ordered plaintiff to submit service documents for those defendants within thirty days.  Thirty days have passed and plaintiff has not submitted the service documents or otherwise responded to the court's April 27 order.

Plaintiff will be given another opportunity to submit the service documents, as explained in the April 27 order.  Plaintiff is warned that if he fails to submit the service documents in a timely manner, this court will recommend this case be dismissed for plaintiff's failure to prosecute and failure to comply with court orders.  See E.D. Cal. R. 110; Fed. R. Civ. P. 41.

Accordingly, IT IS HEREBY ORDERED that within 30 days of the date of this order plaintiff shall submit the documents necessary to serve defendants Waskowiak and Carelton.  If

1

plaintiff fails to do so, this court will recommend this case be dismissed for plaintiff's failure to prosecute and failure to comply with court orders.

Dated: June 29, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB Prisoner Inbox/Civil Rights/R/khad1498.service eot